# EVANS, ROWE & HOLBROOK

## ATTORNEYS AT LAW

Union Square, Suite 900
10101 Reunion Place
San Antonio, TX 78216

(210) 340-6555
Fax (210) 340-6664
www.evansrowe.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/16/2015 12:34:31 PM
KEITH E. HOTTLE
Clerk

Elsa Marie Garza, Legal Assistant
Telephone: (210) 340-6555
egarza@evans-rowe.com

February 16, 2015

Fourth Court of Appeals
Cadena Reeves Justice Center
San Antonio, Texas 78205-3037

RE:     Cause No. 04-15-00029-CV; In the Fourth Court of Appeals at San Antonio, Texas, *Diagnostic Research Group, and John R. Holcomb, M.D., Appellants v. Sushma Vora Appellee*

Dear Ladies & Gentlemen:

With regard to the above-referenced matter, enclosed for filing please find the following:

1. **BRIEF OF APPELLANTS, DIAGNOSTICS RESEARCH GROUP, L.L.C. AND JOHN R. HOLCOMB, M.D.**

Please file among the papers of the Court, date stamp the copy, and return the copy to our office via the e-service. By copy of this letter, counsel of record will be served as reflected below.

Thank you for your attention to this matter. If you have any questions or need additional information, please do not hesitate to call.

Respectfully yours,

*Elsa Marie Garza*

Elsa Marie Garza, Legal Assistant to
Matthew M. Edwards

EMG

Enclosures

cc:   Christopher J. Deeves                        Via e-service and fax
      Beth Janicek                                 Via e-service and fax
      Harvey Ferguson, Jr./Benjamin C. Nichols     Via e-service and fax
      Joseph P. Thomas/Jeffrey D. Geoppinger       Via e-service and fax